249 So.2d 207

**STATE of Louisiana ex rel. Nathaniel SMITH**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51531.

June 24, 1971.

In re: Nathaniel Smith applying for writ of habeas corpus.

Application denied. We will not exercise our original jurisdiction here. Remedies have not been exhausted below. The showing made does not warrant the exercise of our supervisory jurisdiction. The issue of coercion to secure a waiver of appeal rights was not raised in the application in the district court.

■

249 So.2d 207

**STATE of Louisiana ex rel. Rubin DAVIS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51523.

June 24, 1971.

In re: Rubin Davis applying for writ of habeas corpus.

Application denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

BARHAM, J., is of the opinion that a new evidentiary hearing should be ordered and counsel should be appointed. The issues of mental competency to waive—and of a waiver of rights other than right to counsel have not been determined.

DIXON, J., is of the opinion that a lawyer should be appointed because of mental issue.